## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,**

              **Plaintiff,**          **Case No.: 8:22-cv-02182-CEH-AAS**

      **-against-**

**THE PRINCESS MARTHA, LLC, and
TJM PROPERTIES, INC.**

              **Defendant.**

_____/

### NOTICE OF APPEARANCE

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") through undersigned counsel hereby files this Notice of Appearance to identify Melissa Castillo as counsel of record in this action.  Plaintiff hereby asks the Clerk of Court and the parties to add Melissa Castillo (Melissa.Castillo@eeoc.gov) as a counsel of record and respectfully request that Melissa Castillo be added to the list of persons who receive all CM/ECF Notices in this matter.

Date: September 30, 2022        Respectfully submitted,

                              s/ Melissa Castillo
                              Melissa Castillo
                              Trial Attorney
                              Florida Bar No. 1025338
                              U.S. EQUAL EMPLOYMENT
                              OPPORTUNITY COMMISSION
                              501 E Polk St, Suite 1000
                              Tampa, FL 33602
                              Phone: (813)710-9365

Fax: (813)228-2841
Melissa.castillo@eeoc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM.ECF, which sends electronic notice to all counsel of record.

s/ Melissa Castillo
MELISSA CASTILLO