## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

vs.                                Case No. 8:22-cv-02182-CEH-TGW

THE PRINCESS MARTHA, LLC;
TJM PROPERTIES, INC., and TJM
PROPERTY MANAGEMENT, INC.,

        Defendants.

_____/

### SPECIAL INTERROGATORY VERDICT FORM

**Do you find from a preponderance of the evidence:**

    1. That Sarah Branyan had a "disability?"

        Answer Yes or No        Yes

The parties have stipulated that Sarah Branyan had a disability.  Your answer

to this question is "Yes."  Go on to the next question.

    2.     That Sarah Branyan was a "qualified individual"?

        Answer Yes or No        Yes

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3.    That Princess Martha knew of Sarah Branyan's disability?

Answer Yes or No        Yes

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4.    That Sarah Branyan requested an accommodation?

Answer Yes or No        Yes

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

5.    That a reasonable accommodation of modifying or adjusting the job application process existed that would have allowed Sarah Branyan to perform the essential functions of the job?

Answer Yes or No        Yes

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

6.    That Princess Martha failed to provide a reasonable accommodation?

Answer Yes or No          _Yes_

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," answer ALL questions below.

7.    That Sarah Branyan should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No          _Yes_

If your answer is "Yes,"

in what amount?          $  _5,083_

Go to the next question.

8.    That Sarah Branyan should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No          _Yes_

If your answer is "Yes,"

in what amount?          $ _50,000_

Go to the next question.

9.    That punitive damages should be assessed against Princess Martha?

Answer Yes or No      Yes

If your answer is "Yes,"

in what amount?      $ 350,000

Go to the next question.

10.    That Princess Martha and TJM Management were prospective joint employers of Sara Branyan?

Answer Yes or No      Yes

Go to the next question.

11.    That Princess Martha and TJM Management are an integrated enterprise?

Answer Yes or No      Yes

Go to the next question.

12.    That Princess Martha and TJM Properties are an integrated enterprise?

Answer Yes or No      Yes

SO SAY WE ALL, this 25 day of April, 2025.

FOREPERSON

4